AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ARISTOBULO OVIEDO <br><br> *Plaintiff* <br><br> v. <br><br> NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 14-CV-4203 (JB) (MT) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE CITY OF NEW YORK
　　　　　　　　　　　　　　　　　　100 CHURCH STREET
　　　　　　　　　　　　　　　　　　NEW YORK, NY 10007
　　　　　　　　　　　　　　　　　　Attn.: CORPORATION COUNSEL
　　　　　　　　　　　　　　　　　　(212) 356-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAW OFFICES OF OSITA OKOCHA, P.C.
　　　　　　　　　　　　　　　　　　88-14 Sutphin Blvd, 2nd Floor
　　　　　　　　　　　　　　　　　　Jamaica, NY 11435
　　　　　　　　　　　　　　　　　　Attn.: OSITA EMMANUEL OKOCHA, ESQ.
　　　　　　　　　　　　　　　　　　(718) 297-1450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　01/20/2015　　　　　　　　　　　　　　　　　S/ Jean Bollbach
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*